USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> EX REL. <br><br> ZACHARY WELIN, <br><br>     PLAINTIFF-RELATOR, <br>     v. <br><br> INTERNATIONAL VITAMIN CORPORATION, CONTINENTAL AGENCY, INC., and MAC CUSTOMS BROKERAGE, INC., <br><br>     DEFENDANTS. | CIVIL ACTION <br><br> 19 Civ. 9550 (MKV) <br><br> **Notice of Dismissal** |

1. On October 16, 2019, Zachary Welin (the "Relator") filed a qui tam action in the United States District Court for the Southern District of New York captioned <u>United States of America, ex rel. Zachary Welin, v. International Vitamin Corporation, Continental Agency, Inc., and MAC Customs Brokerage, Inc.</u>, No. 1:19-cv-09550-MKV, pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3729, et seq. and 31 U.S.C. § 3730(b) (the "Civil Action").

2. The Civil Action was resolved, but for the Relator's claims against Defendant International Vitamin Corporation ("Defendant") for reasonable expenses, attorneys' fees, and costs, pursuant to 31 U.S.C. § 3730(d), through a settlement agreement made effective on January 30, 2023, by and between the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York; Defendant; and Relator. (*See* Dkt. 11.)

3. On March 24, 2023, Relator and Defendant reached a resolution of those claims not resolved by the January 30, 2023 settlement agreement (the "Reserved Claims").

4. Accordingly, Relator's Counsel now files this dismissal of the Reserved Claims with prejudice.

Dated: May 3, 2023

        Respectfully submitted:

        _____
        Russell L. Kornblith (RK-1950)
        **SANFORD HEISLER SHARP, LLP**
        1350 Avenue of the Americas, 31st Fl.
        New York, New York 10019
        Telephone: (646) 402-5650
        Facsimile: (646) 402-5651
        Email: rkornblith@sanfordheisler.com

        John McKnight*
        **SANFORD HEISLER SHARP, LLP**
        700 Pennsylvania Avenue SE, Suite 300

Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
Email: jmcknight@sanfordheisler.com

*Attorneys for the Plaintiff-Relator Zachary Welin*

**SO ORDERED. The Clerk of Court is respectfully requested to close this case.**

Date: 10/10/2023
New York, New York

_____
Mary Kay Vyskocil
United States District Judge

4